**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,
WILLIAM ELDER, a Canadian resident,
ANDREW TROJNER, a Canadian resident, and
JOHN DOES 1-9,

    Defendants.

## MINUTE ORDER

    Plaintiff's Motion for Default Judgment Against Defendant Andrew Trojner [#12], filed November 11, 2005, is DENIED without prejudice. Plaintiff must first request and receive an entry of default from the clerk of the court. Secondly, the motion fails to comply with REB Civ. Practice Standard V.I.1.

Dated: November 14, 2005

-----------------------------------------------------------------------------------------------------------