**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-02039-REB-MJW

STEVEN SIGNER, a Colorado resident

    Plaintiff and Counterclaim Defendant,

v,

IRENE PIMKOVA, a California resident;
VIDIP, LLC, a Nevada limited liability company

    Defendants and Counterclaim Plaintiffs,

WILLIAM ELDER, a Canadian resident;
ANDREW TROJNER, a Canadian resident; and
JOHN DOES 1-9,

    Defendants

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND
REPLY TO COUNTERCLAIMS**
( Docket No. 23 )

    This Court, having considered Plaintiff and Counterclaim Defendant's Unopposed

Motion for Leave to Amend Reply to Defendants and Counterclaim Plaintiffs Irene

Pimkova and VIDIP, LLC's Counterclaims, and Plaintiff's proposed amended reply

annexed to the motion, hereby GRANTS Plaintiff and Counterclaim Defendant's Motion

so that Plaintiff and Counterclaim Defendant may include affirmative defenses to the

counterclaims of Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP,

LLC.

Therefore, it is Ordered that Plaintiff and Counterclaim Defendant's Amended Answer to Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Counterclaims will be accepted for filing.

Dated this __15Th__ day of __December__, 200_5_.

_____

~~Judge Robert E. Blackburn, United States District Court~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2