IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident; VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

WILLIAM ELDER, a Canadian resident; ANDREW TROJNER, a Canadian resident; and JOHN DOES 1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS, LLC, a Colorado limited liability company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Non-party at Fault.

---

**ORDER GRANTING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS IRENE PIMKOVA AND VIDIP, LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIMS TO JOIN BATHGATE CAPITAL PARTNERS, LLC**
(Docket No. 54)

THIS MATTER having come before the Court on Defendants and Counterclaim Plaintiffs' Irene Pimkova and VIDIP, LLC's Motion for Leave to Amend Answer and Counterclaims to Join Bathgate Capital Partners, LLC, and for good cause shown, it is hereby

ORDERED that Defendants and Counterclaim Plaintiffs' afore-referenced motion is granted. Defendants and Counterclaim Plaintiffs are hereby granted leave to file the First Amended Answer and Counterclaims attached as Exhibit 1 to the motion, thereby joining Bathgate Capital Partners, LLC as a party to this action. (X)

DATED: May 17, 2006

BY THE COURT

_____
United States District Judge
United States Magistrate Judge

(X) Defendants And Counterclaim Plaintiffs Irene Pimkova And VIDIP, LLC shall file within 5 Days from the Date of This order their Amended Answer And Counterclaims joining Bathgate Capital Partners, LLC And shall forthwith serve Bathgate Capital Partners, LLC.

w/the
the
Court

2