IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff(s),

v.

IRENE PIMKOVA,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Motion to Compel Discovery Responses and Certification Pursuant to D.C.COLO.LCivR. 7.1 and F.R.C.P. [sic] 37 (docket no. 61) is MOOT and therefore DENIED.  The Defendants have provided to Plaintiff discovery responses on May 31, 2006.  The delay in providing timely discovery responses was due to Defendant's Irene Pimkova's illness.  Each party shall pay their own attorney fees and costs.

Date:  June 5, 2006