**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,
WILLIAM ELDER, a Canadian resident,
ANDREW TROJNER, a Canadian resident, and
JOHN DOES 1-9,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT WILLIAM ELDER

**Blackburn, J.**

The matter before the court is the **Plaintiff's Unopposed Motion to Dismiss Claims Against William Elder** [#80], filed June 29, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant William Elder should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Unopposed Motion to Dismiss Claims Against William Elder** [#80], filed June 29, 2006, is **GRANTED**;

2. That plaintiff's claims against defendant William Elder **ARE DISMISSED WITHOUT PREJUDICE**; and

3. That defendant William Elder is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 29, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**