IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff(s),

v.

IRENE PIMKOVA,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (document 82) is GRANTED. The deadline for discovery is November 29, 2006; dispositive motion cutoff is December 28, 2006. Parties shall designate experts by September 28, 2006, and rebuttal experts by October 30, 2006. Written discovery shall be served by October 30, 2006.

Date: July 3, 2006