IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff,

v.

IRENE PIMKOVA, et al.,

Defendants.

---

**ORDER REGARDING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS IRENE PIMKOVA AND VIDIP, LLC'S MOTION FOR BLANKET PROTECTIVE ORDER (DOCKET NO. 87)**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter came before the court on August 10, 2006, for oral argument on Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Motion for Blanket Protective Order (docket no. 87).  The court has reviewed the motion and response (docket no. 89).  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

2

Rule 26(c) of the Federal Rules of Civil Procedure authorizes the trial court to issue a protective order when appropriate. "Civil discovery is a device to allow parties to obtain information for the purpose of preparing and trying a lawsuit." Gillard v. Boulder Valley Sch. Dist., 196 F.R.D. 382, 387 (D. Colo. 2000). Accordingly, "a party has no right to make unrestricted disclosure of the information obtained through discovery." Id. The decision whether to enter a protective order is within the court's discretion. Thomas v. International Business Machines, 48 F.3d 478, 482 (10th Cir. 1995).

Here, the court finds that in looking at the totality of the circumstances, including but not limited to the relationship between the parties, the types of information requested in discovery which include trade secrets, confidential research, and other financial and commercial information, a blanket protective should be entered to prevent Plaintiff from making unrestricted disclosure and/or use of the information he obtains through discovery.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

    1.    That Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Motion for Blanket Protective Order (docket no. 87) is **GRANTED**.

    2.    That the written Protective Order dated August 16, 2006, and signed by this court is **APPROVED** as amended in paragraph 4

3

and made an Order of Court.

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 16th day of August 2006.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge