**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  05-cv-02039-REB-MJW                    FTR

**Date:**  September 25, 2006                                Shelley Moore, Deputy Clerk

STEVEN SIGNER,                                               Andrew M. Schauer
                                                             Russell K. Bean
                       Plaintiff(s),

v.

IRENE PIMKOVA, ET AL.,                                       Andrew Trojner, Pro se
                                                             A. Thomas Tenenbaum
                       Defendant(s).                         Steven D. Plissey

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTIONS HEARING**

**Court in Session 10:19 a.m.**

Court calls case.  Appearances of counsel.

Pro se Defendant Trojner presents argument on his Motion to Set Aside Clerk's Judgment (document 63).

10:21 a.m.       Pro se Defendant Trojner is sworn.  He presents testimony in narrative fashion.

10:28 a.m.       Cross examination by Mr. Baggs.

Witness is directed to Plaintiff's Exhibits 1, 2, 3, 4, 5, 6, and 7.

Mr. Tenenbaum has no cross examination.

Mr. Plissey has no cross examination.

Pro se Defendant Trojner rests.

Mr. Tenenbaum and Mr. Plissey both rest.

10:47 a.m.       Pro se Defendant Trojner presents final argument.

10:49 a.m.       Mr. Baggs presents final argument.

10:56 a.m.       Pro se Defendant Trojner presents rebuttal argument.

**ORDERED:** Defendant's Motion to Set Aside Clerk's Judgment (document 63) is taken **under advisement**.

**Court in recess 10:59 a.m.**
Total In-Court Time 0:40, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.