IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado
resident

    Plaintiff and Counterclaim
    Defendant,

v.

IRENE PIMKOVA, a California
resident; VIDIP, LLC, a Nevada limited
liability company,

    Defendants and Counterclaim
    Plaintiffs,

WILLIAM ELDER, a Canadian
resident; ANDREW TROJNER, a
Canadian resident; and JOHN DOES
1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS,
LLC, a Colorado limited liability
company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Non-party at Fault.

---

**ORDER GRANTING DEFENDANTS AND COUNTERCLAIM PLAINTIFFS IRENE
PIMKOVA AND VIDIP, LLC'S MOTION TO QUASH**
( Docket No. 105 )

THIS MATTER having come before the Court on Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Motion to Quash Plaintiff and Counterclaim Defendant Steven Signer's Subpoenas on Embarq Holdings, LLC and Sprint Nextel Corporation, and for good cause shown, it is hereby

ORDERED that Plaintiffs' afore-referenced motion is granted. The Subpoenas served by Plaintiff and Counterclaim Defendant Steven Signer, copies of which are attached to the Motion as Exhibit A, are hereby quashed. *For those legal reasons as stated within the motion.*

DATED: November 17, 2006

BY THE COURT

*[signature]*

United States District Judge
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2