IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff(s),

v.

IRENE PIMKOVA,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Unopposed Motion to Amend Scheduling Order and to Vacate November 30, 2006, Final Pretrial Conference and December 4, 2006 Settlement Conference (DN 114), is GRANTED as follows:   Trial is set before Judge Blackburn on April 30, 2007, at 9:00 a.m.   Trial Preparation Conference is also set before Judge Blackburn on April 13, 2007, at 11:00 a.m.   The parties have had sufficient time to complete discovery in this case.  The court will allow a short extension of time to complete discovery.  The deadline to complete discovery is extended to December 28, 2006.  The deadline to file dispositive motions remains set on December 28, 2006.

      It is FURTHER ORDERED that the Final Pretrial Conference set on November 30, 2006, at 8:30 a.m., is VACATED and RESET on January 23, 2007, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Final Pretrial Order shall be submitted to the court on or before January 17, 2007.

Date:  November 29, 2006