## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No.  05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident, and
JOHN DOES 1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS, LLC, a Colorado limited liability company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Nonparty at Fault.

---

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Pro Se Defendant Andrew Trojner's "Declaration Supporting Motion to Set Aside Entry of Default Judgment" [Sic] (Docket No. 63)** [#104], filed October 23, 2006.  As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation,

the objections, and the applicable caselaw. The recommendation is detailed and well-reasoned. Plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Recommendation on Pro Se Defendant Andrew Trojner's "Declaration Supporting Motion to Set Aside Entry of Default Judgment" [Sic] (Docket No. 63)** [#104], filed October 23, 2006, is **APPROVED AND ADOPTED** as an order of this court;

      2. That plaintiff's **Objections to Magistrate Judge's Recommendation on Pro Se Defendant Andrew Trojner's "Declaration Supporting Motion to Set Aside Entry of Default Judgment" [Sic] (Docket No. 104)** [#108], filed November 2, 2006, are **OVERRULED** and **DENIED**;

      3. That defendant Andrew Trojner's **Declaration Supporting Motion to Set Aside Entry of Default Judgment** [#63], filed May 16, 2006, is **GRANTED**;

      4. That the **Judgment** [#34], entered February 2, 2006, against defendant Andrew Trojner is **VACATED**; and

      5. That defendant Andrew Trojner **SHALL FILE** his answer to the complaint on or before December 15, 2006.

Dated November 30, 2006, at Denver, Colorado.

> **BY THE COURT:**
>
> **s/ Robert E. Blackburn**
> **Robert E. Blackburn**
> **United States District Judge**