# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident, and
JOHN DOES, 1-9,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Plaintiff and Counterclaim Defendant Steven Signer's Motion for Partial Summary Judgment** [#129].  Said motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.I.1.

Dated:  January 25, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.