### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident; VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

WILLIAM ELDER, a Canadian resident; ANDREW TROJNER, a Canadian resident; and JOHN DOES 1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS, LLC, a Colorado limited liability company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Non-party at Fault.

---

**ORDER GRANTING MOTION FOR LEAVE TO TAKE DEPOSITIONS OF SUSAN ROSS AND BATHGATE CAPITAL PARTNERS REPRESENTATIVE AFTER DISCOVERY CUT-OFF DATE**

( Docket No. 136 )

THIS MATTER having come before the Court on Defendants and Counterclaim Plaintiffs Irene Pimkova and VIDIP, LLC's Motion for Leave to Take the Depositions of Susan Ross and Bathgate Capital Partners Representative after the Discovery Cut-off Date, it is hereby

ORDERED that Defendants and Counterclaim Plaintiffs' afore-referenced Motion is granted. The Defendants may depose the Bathgate representative and Susan Ross beyond the discovery cut-off date, such depositions to be completed on or before February 28, 2007.

DATED: February 5, 2007

BY THE COURT

United States District Judge
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2