IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff(s),

v.

IRENE PIMKOVA,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Motion for Protective Order of Bathgate Capital Partners, LLC (docket no. 124) is DENIED for those reasons stated in the response (docket no. 135).  The parties shall forthwith meet and confer and set the depositions of Bathgate Capital Partners, LLC's Representative/Compliance Officer and Susan Ross.  The parties shall be given up to and including March 16, 2007, to complete the above two depositions.  The discovery deadline is extended for this limited purpose only.

Date:   February 27, 2007