IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident;
VIDIP, LLC, a Nevada limited liability company;

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident; and
JOHN DOES 1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS, LLC, a Colorado limited liability company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Nonparty at Fault.

---

**ORDER GRANTING MOTION TO COMPEL DISCOVERY RESPONSES FROM ANDREW TROJNER AND CERTIFICATION PURSUANT TO D.C.COLO.LCIVR 7.1 AND F.R.C.P. 37** [CM/ECF# ~~~~] (Docket No. 126)

---

The matter before me is Plaintiff Steven Signer's Motion to Compel Discovery Responses from Andrew Trojner and Certification Pursuant to D.C.COLO.LCivR 7.1 and F.R.C.P. 37 filed on January 11, 2007 [#~~~] (Docket No. 126). Upon consideration of Plaintiff's Motion, and good cause having been shown, the Court hereby GRANTS Plaintiff's Motion.

Therefore, it is Ordered that

(a) Defendant Andrew Trojner is to answer under oath all of the interrogatories served on him by Plaintiff Signer within ~~five (5)~~ Ten (10) days of the Court's Order; and

(b) Defendant Andrew Trojner is to make available for inspection and copying documents requested as propounded in requests for production of documents to Plaintiff Signer within ~~five (5)~~ Ten (10) days of the Court's Order.

Dated this 27th day of February, 2006 at Denver, Colorado.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO