IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff,

v.

IRENE PIMKOVA, et al.,

Defendants.

---

**ORDER REGARDING PLAINTIFF AND COUNTERCLAIM DEFENDANT STEVEN SIGNER'S MOTION FOR ORDERS REGARDING FAILURE OF ANDREW TROJNER TO APPEAR FOR HIS DEPOSITION PURSUANT TO F.R.C.P. [SIC] 37(d) AND D.C.COLO.LCivR 7.1 CERTIFICATION (DOCKET NO. 133)**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Plaintiff and Counterclaim Defendant Steven Signer's Motion for Orders Regarding Failure of Andrew Trojner to Appear for his Deposition Pursuant to F.R.C.P. [sic] 37(d) and D.C.COLO.LCivR 7.1 Certification (docket no. 133). The court has reviewed the motion and has taken judicial notice of the court's file. In addition, the court has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The court finds that pro se Defendant Andrew Trojner has failed to file any response to the subject motion, and this court deems the motion confessed. In

2

addition, this court finds that the appropriate sanction, at this stage of the proceedings, pursuant to Fed. R. Civ. P. 37 (d) is not a entry of judgment by default but for Mr. Trojner to make himself available for deposition.  In addition, Mr. Trogner should be required to pay the expenses associated with the subject motion as a sanction.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiff and Counterclaim Defendant Steven Signer's Motion for Orders Regarding Failure of Andrew Trojner to Appear for his Deposition Pursuant to F.R.C.P. [sic] 37(d) and D.C.COLO.LCivR 7.1 Certification (docket no. 133) is **GRANTED**;

2. That the parties shall forthwith meet and confer and reset the deposition of pro se Defendant Andrew Trojner.  Mr. Trojner's deposition shall take place on or before March 20, 2007.  The location for his deposition shall be Denver, Colorado, unless the parties can otherwise agree;

3. That Plaintiff and Counterclaim Defendant Steven Signer is awarded reasonable and necessary attorney fees and costs for having to file this motion.  The parties (i.e., Mr. Signer and Mr. Trojner) shall meet forthwith to see if the amount of attorney fees and costs can be stipulated.  If the parties are able to stipulate to the amount of attorney fees and costs, then the parties shall file

3

such stipulation with the court. If the parties are unable to stipulate to the amount of attorney fees and costs, then Mr. Signer shall have up to and including March 15, 2007, to file his itemized affidavit for attorney fees and costs. Mr. Trojner shall have until March 30, 2007, to file his response to Mr. Signer's affidavit for attorney fees and costs. If a response is filed, then Mr. Signer shall have up to and including April 10, 2007, to file any reply to Mr. Trojner's response; and,

5. That failure to comply with this Order by Mr. Trojner may result in additional sanctions, including but not limited to, an entry of judgment by default against Mr. Trojner on those claims brought against Mr. Signer.

Done this 28th day of February 2007.

                                                BY THE COURT

                                                <u>s/ Michael J. Watanabe</u>
                                                Michael J. Watanabe
                                                U.S. Magistrate Judge