IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02039-REB-MJW

STEVEN SIGNER,

Plaintiff(s),

v.

IRENE PIMKOVA,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Andrew Trojner's Pro Se Motion for Protective Order of Defendant Andrew Trojner (docket no. 177) is **DENIED** for those reasons already stated by this court in docket nos. 150 and 151. Per D.C.COLO.LCivR 7.1 C, this court does not have to wait for a response to rule on this motion. D.C.COLO.LCivR 7.1 C states, in pertinent part, ..."nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed.

Defendant Trojner has failed to establish any basis in law or fact for the relief sought in the subject motion. Mr. Trojner has failed to comply with this court's Orders (docket nos. 150 and 151). Mr. Trojner again refuses to provide discovery to Plaintiff in the form of his deposition. Mr. Trojner has waited until the eve of his deposition to request the relief sought, noting that docket no. 151 by this court was entered on February 28, 2007, and Mr. Trojner has waited until April 13, 2007, to file the subject motion knowing that his re-scheduled deposition for the second time was set on April 20, 2007. Moreover, Judge Blackburn has given Mr. Trojner a further opportunity to comply with Plaintiff's discovery requests and to comply with docket numbers 150 and 151, in lieu, of default. See docket no. 175. For all of these reasons, the motion is denied.

Date: April 16, 2007