# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident, and
JOHN DOES, 1-9,

    Defendants,

BATHGATE CAPITAL PARTNERS, LLC, a Colorado limited liability company,

    Counterclaim Defendant, and

PETER W. BACHMANN,

    Nonparty at Fault.

## ORDER DENYING PLAINTIFF AND COUNTERCLAIM DEFENDANT STEVEN SIGNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**Blackburn, J.**

The matter before me is **Plaintiff and Counterclaim Defendant Steven Signer's Motion for Partial Summary Judgment** [#129], filed January 23, 2007. I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship).

Having reviewed the arguments, authorities, and evidence presented by the parties, I find and conclude that Signer has not demonstrated the absence of a genuine

issue of material fact as to the counterclaims asserted against him.[1]

**THEREFORE, IT IS ORDERED** that **Plaintiff and Counterclaim Defendant Steven Signer's Motion for Partial Summary Judgment** [#129], filed January 23, 2007, is **DENIED**.

Dated August 2, 2007, at Denver, Colorado.

           **BY THE COURT:**

           <u>s/ Robert E. Blackburn</u>
           Robert E. Blackburn
           United States District Judge

---

[1] Moreover, assuming *arguendo* that Signer could demonstrate the absence of a material issue of fact as to one or more of the counterclaims filed against him, it is not mandatory that I grant partial summary judgment as to such claims. ***Powell v. Radkins***, 506 F.2d 763, 765 (5th Cir.), ***cert. denied***, 96 S.Ct. 140 (1975). Because Signer's affirmative claims in this lawsuit are factually and legally intertwined with the counterclaims asserted against him, the piecemeal resolution of the issues raised by the present motion will not significantly simplify or extenuate the evidence at trial. ***See id***.