IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident, and
JOHN DOES, 1-9,

    Defendants.

BATHGATE CAPITAL PARTNERS, LLC,

    Counter Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Defendant Trojner's Motion To Appear By Telephone For Trial Preparation Conference** [#193], filed November 29, 2007. The motion is **GRANTED**. Counsel for defendant Andrew Trojner shall contact this court's Administrative Assistant, Susan Schmitz, at (303) 335-2350 at the time scheduled for this conference, in order to participate in the Trial Preparation Conference.

Dated: November 30, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.