IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02039-REB-MJW

STEVEN SIGNER, a Colorado resident,

    Plaintiff and Counterclaim Defendant,

v.

IRENE PIMKOVA, a California resident,
VIDIP, LLC, a Nevada limited liability company,

    Defendants and Counterclaim Plaintiffs,

ANDREW TROJNER, a Canadian resident, and
JOHN DOES, 1-9,

    Defendants.

BATHGATE CAPITAL PARTNERS, LLC,

    Counter Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#231] filed October 18, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the garnishment proceedings in this case should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#231] filed October 18, 2010, is **APPROVED**; and

2. That the garnishment proceedings in this case is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 18, 2010, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Bob Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge